# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN I. DOLAND, | : | |
|     Plaintiff | : | |
| | : | No. 1:11-cv-01783 |
| v. | : | |
| | : | |
| LOUIS BERRIOS, et al., | : | |
|     Defendants/Third-party Plaintiffs | : | (Judge Kane) |
| | : | |
| v. | : | |
| | : | |
| NEW PENN MOTOR EXPRESS, INC., | : | (Chief Magistrate Judge Carlson) |
| et al., | : | |
|     Third-party Defendants | : | |

## ORDER

**AND NOW,** on this 1st day of August 2014, **IT IS HEREBY ORDERED THAT**:

1. Chief Magistrate Judge Carlson's Report and Recommendation (Doc. No. 137) is **ADOPTED**;

2. Third-party Defendants' motion for summary judgment (Doc. No. 130) is **DENIED**; and,

3. The above-captioned action is **REFERRED BACK** to Chief Magistrate Judge Carlson for pretrial management, including disposition of any pending motions.

                                                s/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania